IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID E. BLACKMORE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>    Defendant. | **8:21CV318**<br><br>**ORDER** |

The parties' joint stipulation, (Filing No. 29), is approved, and the unexpired deadlines of the final progression order are amended as follows:

1) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

     For the plaintiff(s):   April 8, 2022.
     For the defendant(s):  May 13, 2022.
     Plaintiff(s)' rebuttal:   June 13, 2022.

2) The deadline for all non-trial depositions, including but not limited to depositions for oral testimony only under Rule 45, is extended to July 8, 2022.

3) All other deadlines are unchanged.

Dated this 17th day of March, 2022.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge